SEMNAR & HARTMAN, LLP
Babak Semnar (SBN 224890)
bob@sandiegoconsumerattorneys.com
Jared M. Hartman, Esq. (SBN 254860)
jared@sandiegoconsumerattorneys.com
400 South Melrose Drive, Suite 209
Vista, CA 92081
Ph: (951) 293-4187
Fax: (888) 819-8230

Attorneys for Plaintiff
SHABNAM VAFAEE

## U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHABNAM VAFAEE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>24 HOUR FITNESS CORPORATION, and DOES 1-10,<br><br>Defendants. | Case No.:  2:15-cv-03665-MWF-AGR<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that the parties in this matter have reached a settlement agreement and that all pending deadlines and hearings can now be vacated pending finalization and execution of the agreement.

DATED: September 22, 2015                          Respectfully Submitted,

                                        /s/ Jared M. Hartman
                                       Jared M. Hartman, Esq.
                                       Attorney for Plaintiff

1

**NOTICE OF SETTLEMENT**