SEMNAR & HARTMAN, LLP
Babak Semnar (SBN 224890)
bob@sandiegoconsumerattorneys.com
Jared M. Hartman, Esq. (SBN 254860)
jared@sandiegoconsumerattorneys.com
400 South Melrose Drive, Suite 209
Vista, CA 92081
Ph: (951) 293-4187
Fax: (888) 819-8230

Attorneys for Plaintiff
SHABNAM VAFAEE

# U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHABNAM VAFAEE, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>24 HOUR FITNESS CORPORATION, and DOES 1-10,<br><br>  Defendants. | Case No.: 2:15-cv-03665-MWF-AGR<br><br>**JOINT MOTION FOR DISMISSAL** |

**PLEASE TAKE NOTICE** that the parties in this matter jointly move for dismissal of the entire action, with prejudice, and request that all pending hearings and deadlines be vacated accordingly.

///

///

///

1
**JOINT MOTION FOR DISMISSAL**

| | | |
|---|---|---|
| 1 | DATED: November 5, 2015 | Respectfully Submitted, |
| 2 | | /s/ Jared M. Hartman |
| | | Jared M. Hartman, Esq. |
| 3 | | Attorney for Plaintiff |
| 4 | DATED: November 5, 2015 | Respectfully Submitted, |
| 5 | | /s/ Grant Schrader |
| | | Grant Schrader, Esq. |
| 6 | | Attorney for Defendant |

2

**JOINT MOTION FOR DISMISSAL**