1  SEMNAR & HARTMAN, LLP
   Babak Semnar (SBN 224890)
2  bob@sandiegoconsumerattorneys.com
   Jared M. Hartman, Esq. (SBN 254860)
3  jared@sandiegoconsumerattorneys.com
   400 South Melrose Drive, Suite 209
4  Vista, CA 92081
   Ph: (951) 293-4187
5  Fax: (888) 819-8230

6  Attorneys for Plaintiff
   SHABNAM VAFAEE

7

# U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHABNAM VAFAEE, an individual, | Case No.: 2:15-cv-03665-MWF-AGR |
| Plaintiff, | ORDER RE: |
| vs. | **JOINT MOTION FOR DISMISSAL** |
| 24 HOUR FITNESS CORPORATION, and DOES 1-10, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the parties in this matter jointly move for dismissal of the entire action, with prejudice, and request that all pending hearings and deadlines be vacated accordingly.

///

///

///

**IT IS SO ORDERED.**

DATED: ___November 6, 2015___

[signature]

**UNITED STATES DISTRICT JUDGE**

1
**JOINT MOTION FOR DISMISSAL**

| | | |
|---|---|---|
| 1 | DATED: November 5, 2015 | Respectfully Submitted, |
| 2 | | /s/ Jared M. Hartman |
| | | Jared M. Hartman, Esq. |
| 3 | | Attorney for Plaintiff |
| 4 | DATED: November 5, 2015 | Respectfully Submitted, |
| 5 | | /s/ Grant Schrader |
| | | Grant Schrader, Esq. |
| 6 | | Attorney for Defendant |

2

**JOINT MOTION FOR DISMISSAL**